IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**KEITH SIDWELL,**

    **Plaintiff,**

-vs-                                      No.  06-CV-529H

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on a Report ans Recommendation from United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that the Report is adopted in its entirety. The decision of the agency is **REVERSED** and this case is **REMANDED** to the agency for further review consistent with the Report.


                                                            **NORBERT G. JAWORSKI, CLERK**

September 6, 2007                                  By: s/Patricia Brown
                                                              Deputy Clerk

APPROVED: /s/     DavidRHerndon
                **U.S. DISTRICT JUDGE**