IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEITH A. SIDWELL,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

**Defendant.**                                                                       **No. 06-CV-529-DRH**

### ORDER

**HERNDON, Chief Judge:**

The Stipulation to Award Attorney Fees Under the Equal Access to Justice Act (EAJA) having been executed by counsel for all parties and filed with this Court (Doc. 32), **IT IS ORDERED** that Plaintiff is awarded attorney fees in the total amount of two thousand dollars ($2,000.00) under the **Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412**. Pursuant to Plaintiff's fee agreement with his counsel, Peter C. Drummond, which assigns the award of fees from Plaintiff to Mr. Drummond, and in accordance with the parties' stipulation, the Court further orders that the award of attorney fees shall be made payable directly to Peter C. Drummond, as assignee of Plaintiff. Furthermore, in light of this stipulation, the Court finds Plaintiff's previous motion for attorneys fees **MOOT**. (Doc. 29.)

**IT IS SO ORDERED.**

Signed this 28th day of November, 2007.

/s/     David R Herndon
**Chief Judge
United States District Judge**